SHARON ALICIA BURKE ANZALDI, Estate.
Executrix Office.
Nation Illinois.
General-Post Office.
76th Court – 2406 North.
Elmwood Park.
United States Minor, Outlying Islands.
Near. [60707-9998]

# FILED

NOV 1 5 2012
nov 1 5 2012
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

night - of thirteen-October two-zero one-two

===============
7010 1870 0000 4042 9285
===============

Office of Attorney At Law
Attention: [Rachel Marie Cannon]
United States District Court Northern District of Illinois Eastern Division
219 South Dearborn Street Suite 500
Chicago, Illinois
U.S.A. [60604]

To: Office of Attorney At Law.

From: Executrix Office – SHARON ALICIA BURKE ANZALDI, Estate.

Regarding: Unauthorized administration of SHARON ALICIA BURKE ANZALDI, Estate;
[Financial Account No. File No – 11 CR O820 and 11 CR 00820]

Enclosed you will find "abandoned" paperwork which appears to erroneously "allege" that Rachel
Marie Cannon, Assistant District Attorney, Illinois, of the author who signed the paperwork being
returned, such as – Assistant District Attorney At Law – RACHEL MARIE CANNON who by her
un-warranted acts, fraudulently claim authority from this Executrix Office to administrate for
SHARON ALICIA BURKE ANZALDI, Estate. That false claim is hereby Adjourned.

You will forthwith return and transmit the specific written delegation of authority to "represent"
that authorization to administrate [act as trustee] for the SHARON ALICIA BURKE ANZALDI
Estate has been warranted, together with a certified copy of your oath for the Office of District
Attorney At Law, accompanied by a certified copy of your Bar Bond, Rachel Marie Cannon,
District Attorney At Law and a detailed list of all bonds, sureties, indemnification, and insurance for
The Office of District Attorney At Law, and full accounting relating in any way to your or any
related actor's personal or professional involvement as referenced above, through the unwarranted
presentation of the arrogated paperwork intrusion upon the SHARON ALICIA BURKE ANZALDI
Estate.

govern yourself accordingly.

Certified Mail:
7010 1870 0000 4042 9278

By: executrix
Executrix Office.
copy to: Office of Governor
STATE OF ILLINOIS
Pat Quinn, Governor
7011 2000 0000 7623 0591
copy to: Office of Attorney General
STATE OF ILLINOIS
Lisa Madigan, Attorney General

SHARON ALICIA BURKE ANZALDI, Estate.
Nation Illinois.
General-Post Office.
76th Court – 2406 North.
Elmwood Park.
United States Minor, Outlying Islands.
Near. [60707-9998]

STATE OF ILLINOIS )
) JURAT
COUNTY OF COOK )

Subscribed and sworn to before me, a Notary Public, this _15_day of _Octob_ 2012, upon satisfactory evidence to the
identity of the affiant subscribed and sworn above.

_____ (Seal)
NOTARY PUBLIC                    My Commission expires:
_Apr 02 2016_



ANDREW FIL
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
April 02, 2016

## State of Minnesota

# SECRETARY OF STATE

GetNotice.Info Posting
2010.02.26 04:08PM
SAAAAS0001 2 Pages
getnotice.info/saa.html

### APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. **Country:**              **United States of America**

   **This Public Document: Act of State**

2. **has been signed by Robert S Mcminn Jr**

3. **acting in the capacity of Notary Public, State of Minnesota**

4. **bears the seal/stamp of Robert S Mcminn Jr, Notary Public, State of Minnesota**

### CERTIFIED

5. **at  St. Paul, Minnesota**          6. **Date: October 29, 2009**

7. **by Secretary of State, State of Minnesota**          8. **File No: KB20091029005**

9. **Seal/Stamp:**          10. **Signature**



Mark Ritchie

*Publically Recorded.*

Archetype

**Form: publici sui juris / Affidavit**
**Session: one Supreme Court**

### Act of State
### Reaffirmation of Character
### And Renunciation of Attempted Expatriations

I, Sharon Alicia Anzaldi, by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within Illinois, a Republic, of the constitutional Township, Melrose Park, within the body of a constitutional county, Cook, the proper jurisdiction of a Common Law thereto, do solemnly make this Reaffirmation of Character, pursuant to my absolute freedom of religion, of an Ambassador and Subject-Citizen of the Kingdom of Heaven under its King, Jesus the Christ; and an American Sovereign Citizen-Principal in good standing and Behavior, Public Minister (Ambassador), and "dominium" (absolute owner) inhabitant of the organic United States ("a more perfect union") under the Constitution for the united States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is, at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto / Renegade / Corporate) by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory / Military / Maritime / Admiralty / Fictitious U.S.: "person", "consumer", "individual", "citizen", "citizen-subject", "plaintiff/defendant", "resident", "whoever", "taxpayer", "driver", "gun/firearm owner", "DEBTOR", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, U.S., US, STATE OF ILLINOIS, COUNTY OF COOK, CITY OF MELROSE PARK, SHARON ALICIA ANZALDI, SHARON A ANZALDI, S ALICIA ANZALDI, SHARON ANZALDI, or any variation thereof, 323-38-XXXX, etc. This doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", will serve Notice, (judicial, presidential or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolute properties ("Life, Liberty, and the Pursuit of Happiness"),until such times as the present De Facto / Renegade / Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Seal) Number (Apostille Number), as has been recognized, received, recorded, and issued by the De Facto / Renegade / Corporate government. As this number is the International registration, National authentication, and State certification of a Public Document of the United States of America, my Nations, and my Citizenships, as well as identification of all guaranteed, properties, whether Public or Private, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, Private or Public properties by any of the De Facto/Corporate officers, etc. will result in damages of Ten Million Dollars of United States Treaty States, nation-state specie Money (United States Dollars silver) that being enumerated in Article I, Section 10, Clause 1 as "gold and silver coin" in the Constitution for the united States of America (1791 to date) to be multiplied by not only the damaging party(ies), but all those in concert and cause of action. This Declaration is made absolute by the enclosed Apostille (the State of Minnesota), copy and pursuant to 15 Stat. Ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record, (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. 163; The Bible is law to be applied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to Me pursuant to Congressional demand within 15 Stat. Ch 249. Dates: spiritual "In the Beginning" plus Six days: Announcement of Diplomatic Arrival: June 15, 1946.

_____  10/21/2009
**Me, American, Private, Christian, Sentient;         Date**
**Sovereign; Divine Inhabitant within North America; within Illinois, a Republic;**
**"within" a constitutional county and a constitutional township republic.**
**". . . at the mouths of two, or at the mouths of three the matter is established."**
**Deuteronomy 19:15**

_____ 10/21/09         _____ 10/21/09
**Divine, Sentient, and Common Law Witness /Date         Divine, Sentient, and Common Law Witness /Date**

---

Archetype

**Form: publici sui juris / Affidavit**
**Session: one Supreme Court**

**Act of State**
**Primary Signature Certification**
**(Convention de La Haye du 5 October 1961)**
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention # 12)

I, ROBERT S MCMINN JR _____, do hereby certify the Sentient signature on the Archetype document enclosed to be a true, correct, complete and not misleading original, containing the primary signature as sealed below. This notarization is for the purpose of signature (autograph) certification only, for foreign use (i.e., United States of America) of the U.S. originated document. This is pursuant to the Hague Conference on Private International Law dated October 5th, 1961, at the Convention Abolishing the Requirement of Legislation for Foreign Public Documents. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative/judicial documents as herein enclosed.

**The State of Minnesota**         Acknowledged before me the 21st day of October 2009 A.D.

**The County of Saint Louis**

_____         _____
**Sentient Citizen; Autograph**         **Notary Signature**

**Apostille Number:** KB20091029006

(applied manually upon issuance)

ROBERT S MCMINN JR
Notary Public State of Minnesota
My Commission Expires
January 31, 2012

NOTARY SEAL

Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Jeffrey T. Gilbert |
|---|---|---|---|
| **CASE NUMBER** | 09 GJ 349 | **DATE** | 17 NOVEMBER 2011 |
| **CASE TITLE** | U.S. v. SHARON ANZALDI, et al | **11CR 0820** | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

JUDGE LEINENWEBER

MAGISTRATE JUDGE ASHMAN

The Grand Jury for SPECIAL FEBRUARY 2011-2 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge Jeffrey T. Gilbert

TO ISSUE BENCH WARRANTS AND SET PRELIMINARY BAIL AT $10,000.00 AND THAT THE DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS AS TO ALL DEFENDANTS.

## RECEIVED

NOV 1 7 2011
Nov 17, 2011
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

SIGNATURE OF JUDGE _____
or MAGISTRATE JUDGE _____

(ONLY IF FILED UNDER SEAL)

| | Courtroom Deputy Initials: |
|---|---|

No Signature — No Jury

Page 1 of 1

**FILED**

NOV 17 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

3 - ESTATES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. _____ |
| v. | ) | |
| | ) | Violations: Title 18, United States Code, |
| SHARON ANZALDI, | ) | Sections 2, 286, and 287 |
| PHILLIP DESALVO, and | ) | |
| STEVEN LATIN | ) | |

COUNT ONE

**11 CR 0820**

JUDGE LEINENWEBER

The SPECIAL FEBRUARY 2011-2 GRAND JURY charges:

MAGISTRATE JUDGE ASHMAN

1. At times material to this indictment:

(a) The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury. Taxpayers who were entitled to a refund of federal individual income taxes could claim that refund by, among other methods, electronically filing or mailing a U.S. Individual Income Tax Return Form 1040 ("Form 1040") to the IRS.

(b) IRS Form 1099-OID ("Form 1099") allowed taxpayers to report the original issue discount of original issue discount ("OID") obligations, such as certificates of deposit, time deposits, bonds, bonus savings plans, and Treasury inflation indexed securities, having a term of more than one year. The income attributable to an OID obligation was the excess of the stated redemption of the obligation at maturity over its issue price. Such income was taxable as interest over the life of the obligation, and was required to be included in the holder's gross income each taxable year that the obligation was held. Taxpayers were required to report interest earned from OID obligations on IRS Schedule B when filing tax returns.

(c) The IRS relied upon information from the Form 1040 in calculating individual income taxes, and determining and issuing taxpayer refunds. After receiving such information, the

IRS would issue a refund to the taxpayer if there were no outstanding tax liabilities or other federally authorized deductions on record with the IRS.

2.    Beginning no later than at least September 2008, and continuing through at least February 2010, at Willowbrook, in the Northern District of Illinois, Eastern Division, and elsewhere,

SHARON ANZALDI,
PHILLIP DESALVO, and
STEVEN LATIN,

defendants herein, knowingly did combine, conspire and agree with each other, and with others known and unknown to the Grand Jury, to defraud the United States Department of Treasury, by obtaining and aiding to obtain the payment and allowance of false, fictitious and fraudulent claims, namely, false, fictitious and fraudulent claims for individual income tax refunds.

3.    It was part of the conspiracy that defendants ANZALDI, DESALVO, and LATIN prepared and filed with the IRS, on their own behalf, false and fictitious individual income tax returns for tax year 2008. Defendants ANZALDI and LATIN also prepared and filed with the IRS, on their own behalf, false and fictitious individual income tax returns for 2009. Defendants ANZALDI and DESALVO also prepared and filed with the IRS, or caused to be prepared and filed with the IRS, a false and fictitious individual income tax return on behalf of Individual R.A.J. for tax year 2008. In all of these returns, defendants aggregated each taxpayer's mortgage and other financial debts on IRS Schedule B, falsely claimed the taxpayer's total debt amount as both OID interest income and income tax withholdings, and thereby sought falsely inflated refunds.

4.    It was further part of the conspiracy that prior to filing the false and fictitious income tax returns on behalf of themselves and Individual R.A.J., defendants ANZALDI, DESALVO, and LATIN exchanged electronic mail communications and materials designed to assist one another in

-2-

filing the fraudulent returns.

5.      It was further part of the conspiracy that prior to filing the false and fictitious income tax returns on behalf of Individual R.A.J., defendants ANZALDI and DESALVO collected Individual R.A.J.'s personal mortgage, loan, and debt information, and used the debt information to prepare Individual R.A.J.'s false and fraudulent return.

6.      It was further part of the conspiracy that after filing their false and fraudulent returns, defendants ANZALDI, DESALVO, and LATIN exchanged electronic mail communications and materials designed to assist one another in maintaining possession of the fraudulent refunds defendants DESALVO and LATIN received, and in avoiding sanctions from the federal government.

7.      It was further part of the conspiracy that after receiving their fraudulent refunds, defendant DESALVO used the proceeds of his fraudulent refund to purchase an automobile, furniture, electronics, and clothing, among other items.  Defendant LATIN used the proceeds of his fraudulent refund to purchase automobiles, boats, jet skis, furniture, and clothing, among other items.

8.      It was further part of the conspiracy that the total amount of tax refunds fraudulently claimed to be due from the false 2008 and 2009 Returns was in excess of approximately $5,900,000.

9.      It was further part of the conspiracy that, based upon the filing of the false 2008 and 2009 Returns, defendants ANZALDI, DESALVO, and LATIN caused the IRS, an agency of the United States Department of Treasury, to incur a loss of at least approximately $750,000.

10.     It was further part of the conspiracy that defendants ANZALDI, DESALVO, and LATIN concealed, misrepresented, and hid, and caused to be concealed, misrepresented, and hidden, the existence and purpose of the conspiracy and the acts done in furtherance of the conspiracy.

## OVERT ACTS

11. In furtherance of this conspiracy, and to effect its objectives, defendants SHARON ANZALDI, PHILLIP DESALVO, and STEVEN LATIN filed and caused to be filed with the Department of Treasury, Internal Revenue Service, the following false federal income tax returns, on or about the following dates, requesting refunds, and thus committed the following overt acts, among others, in the Northern District of Illinois, Eastern Division:

| Overt Act | Tax Return | Defendant | Approximate Filing Date |
|---|---|---|---|
| 1 | 2008 1040 | Sharon Anzaldi | April 15, 2009 |
| 2 | 2009 1040 | Sharon Anzaldi | April 15, 2010 |
| 3 | 2008 1040 | Phillip DeSalvo | April 15, 2009 |
| 4 | 2008 1040 | Steven Latin | April 15, 2009 |
| 5 | 2009 1040 | Steven Latin | April 15, 2010 |

12. In furtherance of this conspiracy, and to effect its objectives, defendants SHARON ANZALDI and PHILLIP DESALVO filed and caused to be filed with the Department of Treasury, Internal Revenue Service, the following false federal income tax return, in the name of the following taxpayer, on or about the following date, requesting a refund, and thus committed the following overt act, among others, in the Northern District of Illinois, Eastern Division:

| Overt Act | Tax Return | Defendant | Approximate Filing Date |
|---|---|---|---|
| 6 | 2008 1040 in the name of Taxpayer R.A.J. | Sharon Anzaldi Phillip DeSalvo | April 15, 2009 |

In violation of Title 18, United States Code, Section 286.

## COUNTS TWO THROUGH TEN

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

1.    The allegations of paragraphs 1(a) through 1(c) of Count One of this indictment are re-alleged and incorporated by reference in this paragraph.

2.    On or about each of the dates set forth below, each such date constituting a separate count of this indictment, at Willowbrook, in the Northern District of Illinois, Eastern Division, and elsewhere,

### SHARON ANZALDI,

defendant herein, caused to be presented to the IRS a claim upon and against the United States Department of Treasury, IRS, namely, an individual income tax return claiming a federal income tax refund in the amount set forth below, knowing that the claim was false, fictitious and fraudulent, in that the tax return falsely indicated that the individual in whose name the return was filed was entitled to a tax refund in approximately the amount set forth below:

| Count | Date Filed | Tax Return | Refund Claimed |
|-------|-----------|-----------|----------------|
| 2 | April 15, 2009 | 2008 1040 in the name of Sharon Anzaldi | $ 4,011,360 |
| 3 | April 15, 2010 | 2009 1040 in the name of Sharon Anzaldi | $493,819 |
| 4 | April 15, 2009 | 2008 1040 in the name of Taxpayers L.N. and I.N. | $ 305,243 |
| 5 | April 15, 2009 | 2008 1040 in the name of Taxpayer J.N. | $ 304,366 |
| 6 | April 15, 2009 | 2008 1040 in the name of Taxpayer A.A. | $170,996 |
| 7 | April 15, 2009 | 2008 1040 in the name of Taxpayers M.G. and S.G. | $659,789 |
| 8 | April 15, 2009 | 2008 1040 in the name of Taxpayer M.J. and D.J. | $380,852 |

| 9 | April 15, 2009 | 2008 1040 in the name of Taxpayer M.R. | $25,782 |
| 10 | April 15, 2009 | 2008 1040 in the name of Taxpayer C.M. | $298,848 |

In violation of Title 18, United States Code, Sections 287 and 2.

<u>COUNT ELEVEN</u>

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

1.      The allegations of paragraphs 1(a) through 1(c) of Count One of this indictment are re-alleged and incorporated by reference in this paragraph.

2.      On or about the date set forth below, such date constituting a separate count of this indictment, at Melrose Park, in the Northern District of Illinois, Eastern Division, and elsewhere,

SHARON ANZALDI and PHILIP DESALVO,

defendants herein, caused to be presented to the IRS a claim upon and against the United States Department of Treasury, IRS, namely, an individual income tax return claiming a federal income tax refund in the amount set forth below, knowing that the claim was false, fictitious and fraudulent, in that the tax return falsely indicated that the individual in whose name the return was filed was entitled to a tax refund in approximately the amount set forth below:

| Count | Date Filed | Tax Return | Refund Claimed |
|-------|------------|------------|----------------|
| 11 | April 15, 2009 | 2008 1040 in the name of Taxpayer R.A.J. | $ 329,942 |

In violation of Title 18, United States Code, Sections 287 and 2.

## COUNTS TWELVE THROUGH THIRTEEN

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

1.      The allegations of paragraphs 1(a) through 1(c) of Count One of this indictment are re-alleged and incorporated by reference in this paragraph.

2.      On or about each of the dates set forth below, each such date constituting a separate count of this indictment, at Gilberts, in the Northern District of Illinois, Eastern Division, and elsewhere,

PHILIP DESALVO,

defendant herein, caused to be presented to the IRS a claim upon and against the United States Department of Treasury, IRS, namely, an individual income tax return claiming a federal income tax refund in the amount set forth below, knowing that the claim was false, fictitious and fraudulent, in that the tax return falsely indicated that the individual in whose name the return was filed was entitled to a tax refund in approximately the amount set forth below:

| Count | Date Filed | Tax Return | Refund Claimed |
|-------|------------|------------|----------------|
| 12 | April 15, 2009 | 2008 1040 in the name of Philip DeSalvo | $ 268,775 |
| 13 | April 15, 2009 | 2008 1040 in the name of Taxpayer F.M. | $ 432,233 |

In violation of Title 18, United States Code, Sections 287 and 2.

## COUNTS FOURTEEN THROUGH FIFTEEN

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

1.     The allegations of paragraphs 1(a) through 1(c) of Count One of this indictment are re-alleged and incorporated by reference in this paragraph.

2.     On or about each of the dates set forth below, each such date constituting a separate count of this indictment, at Crystal Lake, in the Northern District of Illinois, Eastern Division, and elsewhere,

### STEVEN LATIN,

defendant herein, caused to be presented to the IRS a claim upon and against the United States Department of Treasury, IRS, namely, an individual income tax return claiming a federal income tax refund in the amount set forth below, knowing that the claim was false, fictitious and fraudulent, in that the tax return falsely indicated that the individual in whose name the return was filed was entitled to a tax refund in approximately the amount set forth below:

| Count | Date Filed | Tax Return | Refund Claimed |
|-------|-----------|-----------|----------------|
| 14 | April 15, 2009 | 2008 1040 in the name of Steven Latin | $ 481,234 |
| 15 | April 15, 2009 | 2009 1040 in the name of Steven Latin | $ 333,922 |

In violation of Title 18, United States Code, Sections 287 and 2.


A TRUE BILL:


_____

FOREPERSON


UNITED STATES ATTORNEY

-9-

# UNITED STATES DISTRICT COURT

### for the

Northern District of Illinois

| United States of America | ) |
|---|---|
| v. | ) |
| Sharon Anzaldi | ) Case No.   11 cr 820 |
| _Defendant_ | ) |
| | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

   (1)  The defendant must not violate any federal, state or local law while on release.

   (2)  The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

   (3)  The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

   (4)  The defendant must appear in court as required and must surrender to serve any sentence imposed

      The defendant must appear at *(if blank, to be notified)* U.S. Courthouse

                                                                    *Place*

      219 S. Dearborn St on as directed

                                                             *Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

 ( ✔ )  (5)  The defendant promises to appear in court as required and surrender to serve any sentence imposed.

 ( ✓ )  (6)  The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of Ten Thousand                 dollars ($ 10,000     ) in the event of a failure to appear as required or surrender to serve any sentence imposed.

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (7)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____    Tel. No. *(only if above is an organization)* _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____

                   *Custodian or Proxy*          *Date*

( X ) (8)  The defendant must:

( X ) (a)  report to the _Pretrial Services Office_
telephone number _____ no later than _as directed_.

( X ) (b)  execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: *$10,000*

( ) (c)  post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum _____

( ) (d)  execute a bail bond with solvent sureties in the amount of $ _____

( ) (e)  maintain or actively seek employment.

( ) (f)  maintain or commence an education program.

( X ) (g)  surrender any passport to: _Pretrial Services_

( X ) (h)  obtain no passport.

( X ) (i)  abide by the following restrictions on personal association, place of abode, or travel:
_Travel limited to the ND Illinois_

( ) (j)  avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: _____

( ) (k)  undergo medical or psychiatric treatment: _____

( ) (l)  return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____

( ) (m)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( X ) (n)  refrain from possessing a firearm, destructive device, or other dangerous weapons.

( X ) (o)  refrain from ( ) any ( X ) excessive use of alcohol.

( X ) (p)  refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( X ) (q)  submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

( ) (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

( ) (s)  participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.

    ( ) (i)  **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or

    ( ) (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or

    ( ) (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

( ) (t)  submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.

    ( )  The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.

    ( ) (i)  Location monitoring technology as directed by the pretrial services office or supervising officer;

    ( ) (ii)  Radio Frequency (RF) monitoring;

    ( ) (iii)  Passive Global Positioning Satellite (GPS) monitoring;

    ( ) (iv)  Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);

    ( ) (v)  Voice Recognition monitoring.

( ) (u) _____

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.

( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: November 18, 2011

_____
*Judicial Officer's Signature*

_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

All Rights Reserved

Proof of Estate

STATE OF ILLINOIS
DWIGHT H. GREEN, Governor
Department of Public Health—Division of Vital Statistics

**CERTIFICATE OF BIRTH**

ORIGINAL

Registered No. 27640

Registration No. 3104

1. PLACE OF BIRTH
COOK
CHICAGO
CHICAGO LYING-IN HOSPITAL

2. FULL NAME OF CHILD
SHARON ALICIA BURKE

3. Sex of Child: Female

5. Date of Birth: June 15, 1946

8. FULL MAIDEN NAME OF MOTHER
ELIZABETH CUMMINGS

FATHER
EDWARD BURKE

OCCUPATION: Laborer

Date Filed: JUL 2 1946

OCT 1 2 1990

STATE OF ILLINOIS, County of Cook, ss.

I, STANLEY T. KUSPER, JR., County Clerk of the County of Cook, in the State aforesaid, and Keeper of the Records and Files of said County, do hereby certify that the attached is a true and correct copy of the original Record on file, all of which appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of the County of Cook, at my office in the City of Chicago, in said County.

County Clerk



Doc#: 1231448020 Fee: $40.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 11/09/2012 03:01 PM Pg: 1 of 2

**SHARON ALICIA BURKE ANZALDI, Estate.**

**Nation Illinois.**

**General-Post Office.**

**76th Court-2406 North.**

**Elmwood Park.**

**United States Minor, Outlying Islands.**

**Near. [60707-9998]**

## PUBLIC NOTICE AND PROCLAMATION

I, Sharon Alicia Burke Anzaldi occupy the Office of Executrix of the Estate created by the State of Illinois and/or Private for Profit Corporation, commonly known as the UNITED STATES to settle, close, set-off, discharge and Quash any and all liens, levies, fines, restitutions, assessments, default judgements, warrants and Bonds of obligations. I appoint all Courts, Judges, Clerks, Court Officials, Prosecutors, IRS Agents, and all Corporations as my Fiduciary TRUSTEES to settle all accounts.

I, Sharon Alicia Burke Anzaldi have reached the age of Majority, Found, Returned, Competent to handle my own affairs and documented as ALIVE. Any presumption of my death through the use of my Birth Certificate 112 46 276XX was a deliberate attempt to make me liable for adhesion contracts, involuntary servitude and other fraudulent activity, accomplished by the conversion of my lawful name to a CORPORATION/FICTICIOUS ENTITY known as SHARON ALICIA BURKE ANZALDI. The fraud was created by the STATE OF ILLINOIS AND A PRIVATE FOR PROFIT CORPORATION, aka UNITED STATES without my knowledge or consent.



Page 1 of 2

This Proclamation is a Recorded Document and will be announced in the Chicago Sun Times for 3 consecutive weeks and authenticated by a Notary Certification.

All interested parties must speak now or forever hold your peace.

By: _____

*Executrix for Estate*

FOUND-RETURNED-COMPETENT-MAJORITY
"ALIVE"
112-46-27640

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | JURAT |
| COUNTY OF COOK | ) | |

Subscribed and sworn to before me, a Notary Public, this ⅃ day of November 2012, upon satisfactory evidence to the identity of the affiant subscribed and sworn above.

_____ (Seal)
NOTARY PUBLIC
My Commission expires: *April 02 2016*

ANDREW FIL
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
April 02, 2016

Doc#: 1231448019 Fee: $52.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 11/09/2012 02:57 PM Pg: 1 of 8

Sharon Alicia Burke Anzaldi
2406 N. 76th Court
Elmwood Park, Illinois
United States Minor, Outlying Islands
Near [60707-9998]

Without the UNITED STATES, INC.

IN THE DISTRICT COURT OF THE UNITED STATES
NORTHERN DISTRICT OF ILLINOIS EASTERN
DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Sharon Alicia Burke Anzaldi,<br><br>          Defendant | ) **Case No.: No. 11 CR 0820 & 11 CR 00820**<br>) **JUDICIAL & ADMINISTRATIVE NOTICE**<br>)<br>) PURSUANT TO 48 CFR Ch. 1.53.228<br>) For DEPOSIT Opt. Forms 90, 91, & SF 24,25<br>) 25A, 28, 273, reinsurance agreement with<br>) the US; 274, is the MILLER ACT Reinsurance<br>) Performance Bond: 275, is your payment<br>) bond-the Miller Act Reinsurance Payment<br>) Bond. |

**CLERKS ACTION REQUIRED**

**JUDICIAL AND ADMINISTRATIVE NOTICE**

Sharon Alicia Burke Anzaldi, minding her own business, hereby accepts the oaths of Office of all the judges of this court, binding those judges to their respective oaths of office, backed by their bonds, requiring these judges act in their Judicial capacity in regard to this instant matter.

Sharon Alicia Burke Anzaldi seeks to place upon the record in this court her **Judicial and Administrative Notice** in the above called/styled/titled action for reasons set out herein below, and shows the Court as follows; **ALL PARTIES AND HEREBY NOTICED:**

Alleged Defendant in the above called/styled/titled action File: 11 CR 0820 & 11 CR 00820 brings this **Judicial Notice** to cause the court to take **Judicial and Administrative Notice** of the following:

1. File the ORIGINAL of this **"Judicial Notice"** in the **Judge's evidence file** and present to Harry D. Leinenweber and any and all judges that my enter into this legal presentation for execution.

Judicial & Administrative Notice- pg 1 of 4

1
2
3

## FOR DEPOSIT[1] PURSUANT TO 48[2]§ CFR 228[3]

4
5

Judge Harry D. Leinenweber find attached herein forms for:

6

SHARON ALICIA BURKE ANZALDI

7

      1. Optional form 90 (Release of Lien on <u>Real Property</u>);

8

      2. Optional form 91 (Release of Personal Property);

9

      3. Standard form 28 (Affidavit of Individual surety);

10

      4. Standard form 24 (Bid Bond);

11

      5. Standard form 25 (Performance Bond);

12

      6. Standard form 25A (Payment Bond);

13

      7. State of Florida Bond # 109-1956-017436

      9. Standard form 273 (reinsurance agreement with the U.S.)

14

    10. Standard form 274 (is the Miller Act Performance Bond)

15

    11. Standard form 275 (is the Miller Act Reinsurance Payment Bond)

16
17

For "<u>Deposit</u>" and the <u>closure</u> for the record and, for the release of all

18

personal and real property and all bonds of performance, nunc pro tunc to date of

19

birth, related to the aforementioned surety.  The Court is under obligation to issue

20

an order for release from the Private for **Profit Foreign Court/Corporation** of the

21

Defendant and/or conditions of release of same, sua sponte.

22

The above-noted party, and this court, was presented this notice by a third

23

party witness, pursuant to the **"Bill of Lading Act"**, **"Administrative Procedure Act"**

24

**"Foreign Sovereign Immunity Act."** Your non-performance, will be demonstrated by

25

failure to attend to the commercial matters attached and exhibit the results of such

26

matters, along with all associated transactions within ten (10) days of postmark, will

27

be certified in accord with International, U.S. and Illinois UCC Articles and Sections

28

§§ 3-508, 3-509,

1

'Black's law dictionary 8th edition page 471 **"Deposit"** 3.5 under civil law [Cases:
2   Bailment 2.C.J.S.Bailments §§ 5, 14, 16-18], also [1. C.J.S. Bailment §§ 1.C.J.S. Bailment
§§ 2-13, 15, 19, 22-24, 31]

3

²Reference: http://www.access.gpo.gov/cgi- bin/cfrassemble.cgi?title=200348

4

5     ³**48 CFR Ch.1 53.228 Bonds and Insurance**. The following standard forms are prescribed
for use for bond and insurance requirements, as specified in part 28(a) SF 24 (Rev. 10/98)
6   Bid Bond.(See 28.106-1.) SF 24 is authorized for local reproduction and a copy is furnished
for this purpose in Part 53 of the loose leaf edition of the FAR.(b) SF 25 (Rev. 5/96)

7     Performance Bond.(See 28.106-1(b).) SF 25 is authorized for local reproduction and
a copy is furnished for this purpose in Part 53 of the loose leaf edition of the FAR.(c) SF
8   25-A (Rev. 10/98) Payment Bond.(See 28.106-1(c).) SF 25-A is authorized for local
reproduction and a copy is furnished for this purpose in Part 53 of the loose leaf edition
9   of the FAR.(d) SF 25-B (Rev. 10/83). *Continuation Sheet (For Standard Forms 24, 25, and 25-
A). (See 28.106-1 (d).) (e) SF 28 (Rev 6/03) Affidavit of Individual Surety. (See 28.106-
10   1(e)and Part 53 of the loose leaf edition of the FAR. (o) OF 90 (Rev. 1/90). Release of
Lien on Real Property. (See28.106-1(0)and 28.203-5(a).) OF 90 is authorized for local
reproduction and a copy is furnished for this purpose in part 53 of the loose leaf edition
11   of the FAR.(p) OF 91 (Rev. 1/90), Release of Personal Property from Escrow.(See 28.106-1(p)
and 28.203-5(a).) OF 91 is authorized for local reproduction and a copy is furnished for
12   this purpose in part 53 of the loose leaf edition of the FAR.* [48 FR 42637, Sept. 19, 1983,
*as amended at 53 FR 43395, Oct. 26, 1988; 54 FR 48998, Nov. 28, 1989; 55 FR 25534, June
13   21, 1990; 55 FR 52801, Dec. 21, 1990; 59 FR 67061, Dec. 28, 1994; 61 FR 39214, July 26,
1996; 63 FR 58603 Oct. 30, 1998; 63 FR 70293, Dec. 18, 1998; 64 FR 10549, Mar. 4, 1999; 68
FR 28088, May 22, 2003]*

14

15   3-510, and debt relief provisions of § 3-603 and comprise your confession and

16   stipulation to the value and validity of the instruments, enticement into slavery,

17   assault against a foreign official, kidnapping, conspiracy, collusion, malfeasance of

18   office, misprision of felony, misprision of treason, conspiracy to defraud, sedition,

19   insurrection against the United States, your constitution and the U.S. bankruptcy,

20   treason, domestic mixed war, accepting false documents, and racketeering.

21

22     Your non-performance will comprise your stipulation to the arrest of your bond,

23   and to the filing of a suspicious activities report to the Internal Revenue Service

24   Criminal Investigation Division {as this is a taxable transaction} and the Treasury

25   Inspector General for Tax Administration, as well as a complaint to Homeland Security

26   and the Comptroller General of the United States, and perhaps a complaint regarding

27   securities fraud.

28

1        If you really don't understand the use of the attached bonds, you should

2  consult with the court's financial administrator before making any adverse decisions

3  in this regard, because this court issued the very same bonds upon the initiation of

4  this case, thereby selling securities in my name-Sharon Alicia Burke Anzaldi or SHARON

5  ANZALDI, bearing my Birth Certificate Number, Social Security Number and the Case

6  Number stated above through Fidelity, without my knowledge and consent, which is

7  securities fraud.

8  Therefore, plausible deniability is out of the question. It is your responsibility to

9  check it out and see that justice is done, without the need for the above enumerated

10  complaints.

11  I COME IN PEACE, THESE DOCUMENTS ARE NOT INTENDED TO THREATEN, HARASS, OR INTIMIDATE
      ANYONE. IT IS MY LAWFUL REMEDY IN LAW AND I AM EXERCISING THAT RIGHT.

12      Notice to Principal is Notice to Agent/Notice to Agent is Notice to Principal

13

14

15  Dated this 8th. November, 2012

16            SHARON ANZALDI, Accused-Corporation

17

18      By:

19           Sharon Alicia Burke Anzaldi
            Authorized Representative

20

21

22

23                    "ALIVE"

24             FOUND-RETURNED-COMPETENT-MAJORITY
                     112-46-27640

25

26

27

28

The AUTHORITY FOR FINES (DAMAGES) CAUSED BY CRIMES BY GOVERNMENT OFFICERS. These Damages were determined by GOVERNMENT itself for the violation listed.

| Breach | Penalty | Authority |
|---|---|---|
| VIOLATION OF OATH OF OFFICE | $250,000.00 | 18 USC 3571 |
| DENIED PROPER WARRANT(S) | $250,000.00 | 18 USC 3571 |
| DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS | $250,000.00 | 18 USC 3571 |
| DEFENSE EVIDENCE (RECORDS) | $250,000.00 | 18 USC 3571 |
| DENIED RIGHT TO TRUTH IN EVIDENCE | $250,000.00 | 18 USC 3571 |
| SLAVERY (Forced Compliance to contracts not held) | $250,000.00 | 18 USC 3571 |
| DENIED PROVISIONS IN THE CONSTITUTION | $250,000.00 | 18 USC 3571 |
| TREASON (combined above actions). | $250,000.00 | 18 USC 3571 |
| GENOCIDE | $1,000,000.00 | 18 USC 1091 |
| MISPRISION OF FELONY | $500.00 | 18 USC 4 |
| CONSPIRACY | $10,000.00 | 18 USC 241 |
| EXTORTION | $5,000.00 | 18 USC 872 |
| MAIL THREATS | $5,000.00 | 18 USC 876 |
| FRAUD | $10,000.00 | 18 USC 1001 |
| FALSIFICATION OF DOCUMENTS | $10,000.00 | 18 USC 1001 |
| PERJURY | $2,000.00 | 18 USC 1621 |
| SUBORNATION OF PERJURY | $2,000.00 | 18 USC 1622 |
| GRAND THEFT (18 USC 2112) each | $250,000.00 | |
| To determine multiply no. of counts by damage | | 18 USC 3571 |
| RACKETEERING (Criminal) | $25,000.00 | 18 USC 1963 |
| RACKETEERING (Civil) Wages Taken $x3 = (Sustained Damages [total] x 3) | 5? | 18 USC 1964 |

Thirty-seven (37) Constitutional violations from Count 1: = $9,250,000.00 Damages

Dealing with claims of "immunity."

    Any claim of " immunity" is a fraud because, if valid, it would prevent removal from office for crimes against the people, which removal is authorized or even mandated under U.S. Constitution Article 2, Section IV; as well as 18 USC 241, 42 USC 1983, 1985, 1986, and other state Constitutions.

    Precedents of Law established by COURT cases, which are in violation of law, render violations of law legally unassailable. Such a situation violates several specifically stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, insure domestic *tranquility, and secure the-blessings of liberty. For JUDGES, or anyone in any branch of government.*

# "Fraud On The Court By An Officer Of The Court" And "Disqualification Of Judges, State and Federal"

<u>1. Who is an "officer of the court"?</u>
<u>2. What is "fraud on the court"?</u>
<u>3. What effect does an act of "fraud upon the court" have upon the court proceeding?</u>
<u>4. What causes the "Disqualification of Judges?"</u>

---

## 1. Who is an "officer of the court"?

A judge is an officer of the court, as well as are all attorneys. A state judge is a state judicial officer, paid by the State to act impartially and lawfully. A federal judge is a federal judicial officer, paid by the federal government to act impartially and lawfully. State and federal attorneys fall into the same general category and must meet the same requirements. *A judge is not the court.* People v. Zajic, 88 Ill.App.3d 477, 410 N.E.2d 626 (1980).

## 2. What is "fraud on the court"?

Whenever any officer of the court commits fraud during a proceeding in the court, he/she is engaged in "fraud upon the court". In Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted."

"Fraud upon the court" has been defined by the 7th Circuit Court of Appeals to "embrace that species of fraud which does, or attempts to, defile the court itself, or is a fraud perpetrated by officers of the court so that the judicial machinery can not perform in the usual manner its impartial task of adjudging cases that are presented for adjudication." Kenner v. C.I.R., 387 F.3d 689 (1968); 7 Moore's Federal Practice, 2d ed., p. 512, ¶ 60.23. The 7th Circuit further stated "a decision produced by fraud upon the court is not in essence a decision at all, and never becomes final."

## 3. What effect does an act of "fraud upon the court" have upon the court proceeding?

"Fraud upon the court" makes void the orders and judgments of that court.

It is also clear and well-settled Illinois law that any attempt to commit "fraud upon the court" vitiates the entire proceeding. The People of the State of Illinois v. Fred E. Sterling, 357 Ill. 354; 192 N.E. 229 (1934) ("The maxim that fraud vitiates every transaction into which it enters applies to judgments as well as to contracts and other transactions."); Allen F. Moore v. Stanley F. Sievers, 336 Ill. 316; 168 N.E. 259 (1929) ("The maxim that fraud vitiates every transaction into which it enters ..."); In re Village of Willowbrook, 37 Ill.App.2d 393 (1962) ("It is axiomatic that fraud vitiates everything."); Dunham v. Dunham, 57 Ill.App. 475 (1894), affirmed 162 Ill. 589 (1896); Skelly Oil Co. v. Universal Oil Products Co., 338 Ill.App. 79, 86 N.E.2d 875, 883-4 (1949); Thomas Stasel v. The American Home Security Corporation, 362 Ill. 350; 199 N.E. 798 (1935).

Under Illinois and Federal law, when any officer of the court has committed "fraud upon the court", the orders and judgment of that court are void, of no legal force or effect.

## 4. What causes the "Disqualification of Judges?"

Federal law requires the automatic disqualification of a Federal judge under certain circumstances.

In 1994, the U.S. Supreme Court held that "Disqualification is required if an objective observer would entertain reasonable questions about the judge's impartiality. If a judge's attitude or state of mind leads a detached observer to conclude that a fair and impartial hearing is unlikely, the judge must be disqualified." [Emphasis added]. Liteky v. U.S., 114 S.Ct. 1147, 1162 (1994).

Courts have repeatedly held that positive proof of the partiality of a judge is not a requirement, only the appearance of partiality. Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847, 108 S.Ct. 2194 (1988) (what matters is not the reality of bias or prejudice but its appearance); United States v. Balistrieri, 779 F.2d 1191 (7th Cir. 1985) (Section 455(a) "is directed against the appearance of partiality, whether or not the judge is actually biased.") ("Section 455(a) of the Judicial Code, 28 U.S.C. §455(a), is not intended to protect litigants from actual bias in their judge but rather to promote public confidence in the impartiality of the judicial process.").

That Court also stated that Section 455(a) "requires a judge to recuse himself in any proceeding in which her impartiality might reasonably be questioned." Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989). In Pfizer Inc. v. Lord, 456 F.2d 532 (8th Cir. 1972), the Court stated that "It is important that the litigant not only actually receive justice, but that he believes that he has received justice."

The Supreme Court has ruled and has reaffirmed the principle that "justice must satisfy the appearance of justice", Levine v. United States, 362 U.S. 610, 80 S.Ct. 1038 (1960), citing Offutt v. United States, 348 U.S. 11, 14, 75 S.Ct. 11, 13 (1954). A judge receiving a bribe from an interested party over which he is presiding, does not give the appearance of justice.

"Recusal under Section 455 is self-executing; a party need not file affidavits in support of recusal and the judge is obligated to recuse herself sua sponte under the stated circumstances." Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989).

Further, the judge has a legal duty to disqualify himself even if there is no motion asking for his disqualification. The Seventh Circuit Court of Appeals further stated that "We think that this language [455(a)] imposes a duty on the judge to act sua sponte, even if no motion or affidavit is filed." Balistrieri, at 1202.

Judges do not have discretion not to disqualify themselves. By law, they are bound to follow the law. Should a judge not disqualify himself as required by law, then the judge has given another example of his "appearance of partiality" which, possibly, further disqualifies the judge. Should another judge not accept the disqualification of the judge, then the second judge has evidenced an "appearance of partiality" and has possibly disqualified himself/herself. None of the orders issued by any judge who has been disqualified by law would appear to be valid. It would appear that they are void as a matter of law, and are of no legal force or effect.

Should a judge not disqualify himself, then the judge is in violation of the Due Process Clause of the U.S. Constitution. United States v. Sciuto, 521 F.2d 842, 845 (7th Cir. 1996) ("The right to a tribunal free from bias or prejudice is based, not on section 144, but on the Due Process Clause.").

Should a judge issue any order after he has been disqualified by law, and if the party has been denied of any of his / her property, then the judge may have been engaged in the Federal Crime of "interference with interstate commerce". The judge has acted in the judge's personal capacity and not in the judge's judicial capacity. It has been said that this judge, acting in this manner, has no more lawful authority than someone's next-door neighbor (provided that he is not a judge). However some judges may not follow the law.

If you were a non-represented litigant, and should the court not follow the law as to non-represented litigants, then the judge has expressed an "appearance of partiality" and, under the law, it would seem that he/she has disqualified him/herself.

However, since not all judges keep up to date in the law, and since not all judges follow the law, it is possible that a judge may not know the ruling of the U.S. Supreme Court and the other courts on this subject. Notice that it states "disqualification is required" and that a judge "must be disqualified" under certain circumstances.

The Supreme Court has also held that if a judge wars against the Constitution, or

if he acts without jurisdiction, he has engaged in treason to the Constitution. If a judge acts after he has been automatically disqualified by law, then he is acting without jurisdiction, and that suggest that he is then engaging in criminal acts of treason, and may be engaged in extortion and the interference with interstate commerce.

Courts have repeatedly ruled that judges have no immunity for their criminal acts. Since both treason and the interference with interstate commerce are criminal acts, no judge has immunity to engage in such acts.